**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANDRE DONCHILLE BAILEY** **PETITIONER**

**v.** **NO. 2:26-cv-00157-BSM-PSH**

**K. HECKARD, Warden, Forrest City Correctional Institution** **RESPONDENT**

# ORDER

Petitioner Andre Donchille Bailey ("Bailey") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. In the petition, he challenged the way his sentence is being executed. Specifically, he maintained that he is entitled to First Step Act time credits and should not be precluded from receiving them due to his aggregated sentences for both qualifying and non-qualifying convictions.

Respondent K. Heckard ("Heckard"), the Warden of the Forrest City Correctional Institution, has now filed a response to the petition. In the response, Heckard maintained that the petition should be dismissed because Bailey failed to exhaust his administrative remedies. Alternatively, Heckard maintained that the petition fails on the merits.

Before giving serious consideration to Heckard's assertions, the Court accords Bailey an opportunity to file a reply. In the reply, Bailey should explain why his petition should not be dismissed for the reasons given by Heckard. Bailey is given up to, and including, December 4, 2026, to file a reply.

Bailey began this case by joining "Warden, FCI Forrest City Medium" as the respondent. It is now clear that the correct respondent is Heckard. The Clerk of the Court is directed to strike Warden, FCI Forrest City Medium as the respondent and, in its place, entered Heckard's name.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE